FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TONY KIM WHITE,<br><br>             Plaintiff,<br><br>vs.<br><br>JAMES KEY, LT. BUSS, SGT. ORTH, CUS MICHAEL A. RAINVILLE, SGT. BOLINGER, C/O JON S. CHRISTNER, C/O SAYWERS and BRENDA DESHAZER,<br><br>             Defendants. | NO: 4:16-CV-05010-SMJ<br><br>**ORDER DISMISSING COMPLAINT**<br><br>**1915(g)** |

    Magistrate Judge Rodgers filed a Report and Recommendation on June 29, 2016, ECF No. 15, recommending Mr. White's Complaint be dismissed with prejudice for failure to state a claim upon which relief may be granted, and that such dismissal count as a "strike" under 28 U.S.C. § 1915(g). Plaintiff, who initiated this action while incarcerated at the Coyote Ridge Corrections Center, was subsequently released. He is proceeding *pro se* and *in forma pauperis;* Defendants have not been served.

ORDER DISMISSING COMPLAINT --1

1  Magistrate Judge Rodgers found that Plaintiff had failed to present facts
2  from which the inference could be made that he suffered an "actual injury" to his
3  access to the court.  *See Lewis v. Casey*, 518 U.S. 343, 351-52 (1996).
4  Furthermore, claims of the negligent deprivation of property failed to state a claim
5  upon which relief may be granted. *Hudson v. Palmer*, 468 U.S. 517, 533 (1984);
6  *Parratt v. Taylor*, 451 U.S. 527, 544 (1981), overruled on other grounds by
7  *Daniels v. Williams*, 474 U.S. 327, 328 (1986) (holding negligent loss of property
8  is not actionable under the Due Process Clause).

9  There being no objections, the Court **ADOPTS** the Report and
10 Recommendation.  The Complaint, ECF No. 12 is **DISMISSED WITH**
11 **PREJUDICE** under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

12 Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who
13 brings three or more civil actions or appeals which are dismissed as frivolous or for
14 failure to state a claim will be precluded from bringing any other civil action or
15 appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious
16 physical injury." 28 U.S.C. § 1915(g).  **Plaintiff is advised to read the statutory**
17 **provisions under 28 U.S.C. § 1915. This dismissal of Plaintiff's complaint**
18 **may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and**
19 **may adversely affect his ability to file future claims.**
20

ORDER DISMISSING COMPLAINT --2

1    **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2    Order, enter Judgment, forward copies to Plaintiff at his last known address, and
3    **CLOSE** the file. The District Court Executive is further directed to forward a
4    copy of this Order to the Office of the Attorney General of Washington, Criminal
5    Justice Division. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any
6    appeal of this Order would not be taken in good faith and would lack any arguable
7    basis in law or fact.

   **DATED** this 20th day of July 2016.

   _____
   SALVADOR MENDOZA, JR.
   United States District Judge

ORDER DISMISSING COMPLAINT --3