# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| TONY KIM WHITE,<br>*Plaintiff*<br>v.<br>JAMES KEY, LT. BUSS, SGT. ORTH, CUS MICHAEL A. RAINVILLE, SGT. BOLINGER, C/O JON S. CHRISTNER, C/O SAYWERS and BRENDA DESHAZER,<br>*Defendant* | Civil Action No. 4:16-CV-05010-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the Report and Recommendation (ECF No. 15) is ADOPTED. The Complaint (ECF No. 12) is DISMISSED WITH PREJUDICE under 28 U.S.C. 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a Report and Recommendation to Dismiss Complaint (ECF No. 15).

Date: 7/20/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*
Lennie Rasmussen